IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | FILE NO. |
| Plaintiff, | ) | |
| | ) | 8:02-CR-65-SCB |
| vs. | ) | |
| | ) | |
| TERRY GENE STOREBY ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF LIMITED APPEARANCE OF COUNSEL**

Undersigned counsel hereby gives notice of his appearance on behalf of Defendant Terry Gene Storeby for the limited purpose of obtaining and reviewing documents, including sealed documents and other documents not available to the public, so that the undersigned may assist Mr. Storeby in his efforts to obtain clemency relief, which may include the preparation and submission of a petition for commutation of sentence on Defendant's behalf. Undersigned counsel is a member in good standing of the United States District Court for the Northern District of Georgia, and has attached a certificate of good standing to this notice.

Respectfully submitted this 10th day of October 2014.

_____
Albert Wan, Esq.
(Georgia Bar No. 334224)

1

Law Office of Albert Wan, P.C.
215 Church Street, Suite 110
Decatur, Georgia 30030
(404) 872-7760 – Tele.
(404) 872-7764 - Fax
albert@albertwanlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2014, I served the attached via First Class Mail upon the following attorneys of record:

> Arthur Lee Bentley, III
> Joseph Ruddy
> United States Attorney's Office
> 400 N. Tampa Street
> Suite 3200
> Tampa, Florida 33602

>> /s Albert Wan, Esq.
>> Albert Wan
>> (Georgia Bar No. 334224)

Albert Wan, Attorney at Law
215 Church Street
Suite 110
Decatur, GA 30030
albert@albertwanlaw.com
(404) 872-7760



### CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**          }
                                                                   } ss.
**NORTHERN DISTRICT OF GEORGIA**     }

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **ALBERT WAN, 334224,** was duly admitted to practice in said Court on NOVEMBER 6, 2009 and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 8TH day of October, 2014.

                                                           JAMES N. HATTEN
                                                           CLERK OF COURT

                                                    By: _____
                                                           Cheryl Goins
                                                           Deputy Clerk